UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DealerX Corp., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> vAuto, Inc., <br><br> Defendant/Counterclaim-Plaintiff. | Civil Action No. 1:17-cv-1587 |

### STIPULATION OF DISMISSAL OF COMPLAINT AND COUNTERCLAIM WITH PREJUDICE

Pursuant to F.R.C.P. 41(a), Plaintiff and Defendant stipulate that the Complaint and Counterclaim are hereby dismissed with prejudice, with each party to pay its own costs.

DATED: December 19, 2017

/s/ Cody Z. Winchester
Cody Z. Winchester
Jared L. Cherry
PHILLIPS RYTHER & WINCHESTER
124 South 600 East
Salt Lake City, Utah 84102
Telephone: 801-935-4934

Paul G. Juettner
Justin R. Gaudio
RiKaleigh Johnson
GREER, BURNS & CRAIN LTD.
Greer, Burns & Crain Ltd.
300 S. Wacker Drive, Suite 2500
Chicago, Illinois 60606
Telephone: 312-360-0080

*Attorneys for Plaintiff & Counterclaim Defendant*

/s/ Judith A. Powell
Judith A. Powell
Jennifer F. Deal
KILPATRICK TOWNSEND & STOCKTON LLP
Suite 2800, 1100 Peachtree Street
Atlanta, Georgia 30309-4528
Telephone: 404-815-6500

Matthew C. Crowl
Laura Kleinman
RILEY SAFER HOLMES & CANCILA LLP
Three First National Plaza
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone: 312-471-8700

*Attorneys for Defendant & Counterclaimant*

US2008 13707717 1